# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re | : | Chapter 13 |
| | : | |
| Charles Menige Capra | : | |
| | : | |
| Debtor | : | Bankruptcy No. 17-18342 |

## ORDER

AND NOW, it is ORDERED that since the debtor(s) have failed to timely file the documents required by the order dated 12/11/2017 and this case is hereby DISMISSED.

January 17, 2018

_Magdeline D. Coleman_
Magdeline D. Coleman
United States Bankruptcy Judge

Missing Documents:  Matrix
Chapter 13 Plan
Chapter 13 Statement of Current Monthly Income
Means Test Calculation
Schedules AB-J
Statement of financial Affairs
Summary of Assets and Liabilities